IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**DEXTER MYLES,**

   **Petitioner,**

**v.**         //   **CIVIL ACTION NO. 1:09CV86**
            **CRIM. ACTION NO. 1:08CR91**
              **(Judge Keeley)**

**UNITED STATES OF AMERICA,**

   **Respondent.**

**ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 13)
AND DISMISSING 28 U.S.C. § 2255 PETITION WITH PREJUDICE**

  On November 1, 2010, the Honorable John S. Kaull, United States Magistrate Judge, entered a Report and Recommendation ("R&R"), concluding that this 28 U.S.C. § 2255 petition filed by the pro se petitioner, Dexter Myles, should be dismissed with prejudice because of a valid waiver of habeas rights contained in Myles's plea agreement. Myles filed no objection to the R&R, and the time to do so has expired. Accordingly, the Court **ADOPTS** the R&R (dkt. 13) in its entirety, **DENIES** the petition for a writ of habeas corpus, and **DISMISSES** this case **WITH PREJUDICE**. The Court declines to issue a certificate of appealability because Myles raises no colorable claim of denial of a constitutional right.

  It is so **ORDERED.**

  The Court directs the Clerk to prepare a separate judgment order and to transmit copies of both orders to counsel of record and to the pro se petitioner via certified mail, return receipt requested.

DATED: March 16, 2011.

              /s/ Irene M. Keeley
              IRENE M. KEELEY
              UNITED STATES DISTRICT JUDGE